UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN K. SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BIGGE CRANE & RIGGING, CO., et al.,<br><br>　　　　　Defendants. | Case No.: C 05-2049 PVT<br><br>**ORDER RE STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANT BIGGE CRANE & RIGGING CO.** |

On July 5, 2005 Plaintiff filed a Request t for Entry of Default as to Defendant Bigge Crane & Rigging Co.[1] On July 6, 2005, Plaintiff and Defendant Bigge Crane & Rigging Co. filed a Stipulation to Set Aside Default as to Defendant Bigge Crane & Rigging Co., despite the fact that no default has yet been entered. Based on the file herein,

IT IS HEREBY ORDERED that the parties' stipulation shall be deemed to be a withdrawal by Plaintiff of his Request for Entry of Default as to Defendant Bigge Crane & Rigging Co. The clerk of the court shall not enter default against Defendant Bigge Crane & Rigging Co. The parties have stipulated that Defendant Bigge Crane & Rigging Co. shall file a responsive pleading no later than July 15, 2005. *See* CIV. L.R. 6-1(a).

Dated: *7/7/05*

　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*