CHRISTOPHER ASHWORTH, SBN 54889
E-Mail: ca@svlg.com
ERIN M. ADRIAN, SBN 228718
E-Mail ema@svlg.com
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701

Attorneys for Plaintiff Steven K. Smith

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. SMITH<br><br>Plaintiff,<br><br>v.<br><br>BIGGE CRANE & RIGGING CO., a California corporation; WATER & POWER TECHNOLOGIES, INC., a Utah corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-02049 PVT<br><br>[~~PROPOSED~~] ORDER SETTING ASIDE DEFAULT AS TO DEFENDANT WATER & POWER TECHNOLOGIES, INC. |

Pursuant to the Stipulation entered into between the parties on July 18, 2005,

IT IS HEREBY ORDERED that the default entered against Defendant Water & Power Technologies, Inc. is set aside, and that Defendant Water & Power Technologies, Inc. will e-file a responsive pleading on or before August 1, 2005.

Dated: 7/25/05           /s/ Patricia V. Trumbull
                         JUDGE OF THE UNITED STATES DISTRICT COURT