CHRISTOPHER ASHWORTH, SBN 54889
ERIN M. ADRIAN, SBN 228718
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
E-Mail: ca@svlg.com

Attorneys for Plaintiff STEVEN K. SMITH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. SMITH,<br><br>           Plaintiff,<br><br>v.<br><br>BIGGE CRANE & RIGGING CO., a California corporation; WATER & POWER TECHNOLOGIES, INC., a Utah corporation; and DOES 1 through 50, inclusive,<br><br>           Defendants. | CASE NO. C 05-02049 PVT<br><br>ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |

Pursuant to the Stipulation Re First Amended Complaint entered into between the appearing parties on July 26, 2005,

IT IS HEREBY ORDERED that the Plaintiff Steven Smith is granted leave to file a First Amended Complaint in this action.

Dated: 7/27/05                             /s/ Patricia V. Trumbull
                                           JUDGE OF THE UNITED STATES DISTRICT COURT

---

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT
1                                                                 Case No. C 05-02049 PVT