UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN K. SMITH, | Case No.: C 05-2049 PVT |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING CASE TO MAGISTRATE JUDGE SEEBORG FOR A SETTLEMENT CONFERENCE** |
| v. | |
| BIGGE CRANE & RIGGING CO., et al., | |
| Defendants. | |

On September 20, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for a case management conference.[1] It appears from the file herein that at least two parties have not yet appeared in this action, and it is not yet known whether or not those parties will consent to Magistrate Judge jurisdiction. Based on the Joint Case Management Conference Statement filed herein on September 13, 2005, and the file herein,

IT IS HEREBY ORDERED that the case management conference is continued to 2:00 p.m. on November 15, 2005.

IT IS FURTHER ORDERED that the parties who have appeared shall promptly contact Magistrate Judge Richard Seeborg to schedule a settlement conference.

Dated: *9/20/05*

　　　　　　　　　　　　　　　　　　　　　 */s/ Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*