**\*E-FILED\***
**October 3, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>BIGGIE CRANE AND RIGGING, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-02049 PVT (RS)<br><br>**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated September 28, 2005, defendant Black & Veatch Corporation, through its counsel, Mark S. Lee, requested that its principal be excused from personally appearing at the settlement conference scheduled for October 7, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Black & Veatch Corporation's principal be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on October 7, 2005.

If the court concludes that her absence is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including defendant's principal.

IT IS SO ORDERED.

Dated: October 3, 2005

*/s/ Richard Seeborg*
RICHARD SEEBORG

**United States District Court**
For the Northern District of California

United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Jason Chen Zhao, Esq.
Email: zhao@lbbslaw.com

Jennifer A. Riso, Esq.
Email: jriso@braggdzlaw.com

Mark S. Lee, Esq.
Email: mlee@npllaw.com

Michael S. Treppa, Esq.
Email: mtreppa@akclawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 3, 2005

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:   /s/ *BAK*